UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David Witherspoon
Attorney At Law
10 Hill Street-Suite 20Y
Newark, NJ 07102
973-991-0736

**Order Filed on September 21, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
Iziah Lockett
Vida Lockett

Case No.: 14-14064
Chapter: 13
Judge: Stacey L Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 21, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____483_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____483_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____380_____ per month for _____32_____ months to allow for payment of the above fee.

*rev.8/1/15*