Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14–14064–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Iziah Lockett | Vida Lockett |
|---|---|
| 8 Hudson Ave | 8 Hudson Ave |
| East Orange, NJ 07017 | East Orange, NJ 07017 |

Social Security No.:

xxx–xx–0944                             xxx–xx–2548

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on May 10, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: May 10, 2017
JAN: axg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 14-14064-SLM
Iziah Lockett                                                                 Chapter 13
Vida Lockett
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 10, 2017
                             Form ID: 148          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db/jdb      +Iziah Lockett,   Vida Lockett,   8 Hudson Ave,   East Orange, NJ 07018-2310
514903373   +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
514573879   +Arthur rothman MD,   211 Essex St-Suite 405,   Hackensack, NJ 07601-3264
515060927   +CONRAD ACCEPTANCE CORPORATION,   PO BOX 789,   ESCONDIDO, CA 92033-0789
514639414    EMER PHY ASSOC NORTH JERSEY,PC,   PO Box 1109,   Minneapolis, MN 55440-1109
514573887   +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
514829984   +HSBC Bank USA, National Association as trustee on,   c/o Zucker Goldberg & Ackerman,
             200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514573892   +Midland Mtg/Midfirst,   999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
514968910   +Mohela,   633 Spirit Dr,   Chesterfield MO 63005-1243
514573893   +North American Partners in Anesthesia,   PO box 49,   Glen Head, NY 11545-0049
514573894   +Northfield Surgical Center,   741 Northfield Ave-Suite 102,   West Orange, NJ 07052-1104
514573895   +Primary Medical Care,   85 So Jefferson St-Ste 1,   Orange, NJ 07050-1562
514573897   +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
516459422   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
514573900   +UMDNJ,   Mail Processing Center,   2 Broad St,   Bloomfield, NJ 07003-2549
514573901   +United Healthcare,   PO box 31362,   Salt Lake City, UT 84131-0362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:22      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           +EDI: WFFC.COM May 10 2017 22:18:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
             1451 Thomas Langston Road,   Winterville, NC 28590-8872
514573878   +E-mail/Text: bankruptcy@accioneast.org May 10 2017 22:31:31      Accion Usa Inc,
             115 E 23 St 7th Fl,   New York, NY 10010-4561
514786919    EDI: AIS.COM May 10 2017 22:18:00      American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK 73124-8838
514573880    EDI: BANKAMER.COM May 10 2017 22:18:00      Bank Of America,   Po Box 982235,
             El Paso, TX 79998
514573881   +EDI: TSYS2.COM May 10 2017 22:18:00      Barclays Bank Delaware,   125 S West St,
             Wilmington, DE 19801-5014
514573882    EDI: CAPITALONE.COM May 10 2017 22:18:00      Cap One,   Po Box 85520,   Richmond, VA 23285
514573883   +EDI: CHASE.COM May 10 2017 22:18:00      Chase,   201 N Walnut Street  Mailstop De1-1027,
             Wilmington, DE 19801-2920
514573884   +EDI: WFNNB.COM May 10 2017 22:18:00      Comenity Bank/Vctrssec,   Po Box 182789,
             Columbus, OH 43218-2789
514573885   +E-mail/Text: pmiller@conradco.com May 10 2017 22:31:19      Conrad Cr Co,   476 W Vermont Ave,
             Escondido, CA 92025-6529
514573886   +EDI: CMIGROUP.COM May 10 2017 22:18:00      Credit Management Lp,   4200 International Pkwy,
             Carrollton, TX 75007-1912
514573888   +E-mail/Text: bknotice@erccollections.com May 10 2017 22:31:26      Enhanced Recovery Co,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
514573889   +EDI: RMSC.COM May 10 2017 22:18:00      Gecrb/Tjx Cos,   Po Box 965005,   Orlando, FL 32896-5005
514573890   +EDI: RMSC.COM May 10 2017 22:18:00      Gecrb/Walmart Dc,   Po Box 965024,
             Orlando, FL 32896-5024
514573891    EDI: IRS.COM May 10 2017 22:18:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
514776995    EDI: JEFFERSONCAP.COM May 10 2017 22:19:00      Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
514909022   +EDI: PRA.COM May 10 2017 22:18:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
             POB 41067,   Norfolk VA 23541
514573896   +E-mail/Text: bankruptcy@pseg.com May 10 2017 22:30:41      PSE& G,   PO Box 490,
             attn: bankruptcy dept,   Cranford, NJ 07016-0490
514703999    EDI: Q3G.COM May 10 2017 22:19:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA 98083-0788
514573898   +EDI: SEARS.COM May 10 2017 22:18:00      Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
514904043    EDI: RMSC.COM May 10 2017 22:18:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
             25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
514573899   +EDI: CITICORP.COM May 10 2017 22:18:00      Thd/Cbna,   Po Box 6497,
             Sioux Falls, SD 57117-6497
514573903   +EDI: BLUESTEM May 10 2017 22:19:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
             Saint Cloud, MN 56303-0820
514683004    EDI: WFFC.COM May 10 2017 22:18:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
             Irvine, CA 92623-9657
514573904   +EDI: WFFC.COM May 10 2017 22:18:00      Wfds/Wds,   Po Box 1697,   Winterville, NC 28590-1697
                                                                                        TOTAL: 26

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: May 10, 2017
                             Form ID: 148              Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514573902         Verizon
                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
            Brian C. Nicholas   on behalf of Creditor    HSBC Bank USA, National Association as trustee on
             behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
             bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
            David Jerome Witherspoon    on behalf of Debtor Iziah  Lockett daveslaw321@gmail.com,
             prissycatina@yahoo.com
            David Jerome Witherspoon    on behalf of Joint Debtor Vida  Lockett daveslaw321@gmail.com,
             prissycatina@yahoo.com
            Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
             behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
             behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates,Series 2006-1
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
             Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
             Services, Inc. mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
            Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                            TOTAL: 9
```